FILED
U.S. DISTRICT COURT
W.D.N.Y BUFFALO

2006 JAN 23 PM 12: 03

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSEPH ABDALLAH, 03B2538

    Plaintiff,

-v-

KILLADY, Correctional Sergeant;
D. CARR, Correctional Officer;
R. BURNS, Correctional Officer;
WHITE, Correctional Officer;
O'BRIEN, Correctional Officer; and
HERMAN FOWLER, Nurse Practitioner;

    Defendants.

**DECISION and ORDER**
05-CV-6391CJS

Plaintiff, who is incarcerated in the Clinton Correctional Facility, was previously granted permission to proceed *in forma pauperis* and has filed an amended complaint (Docket # 8). Plaintiff had previously filed a motion to require defendants to provide names of certain officers (Docket # 7). Plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

Plaintiff's motion (Docket # 7) is denied as moot. Plaintiff had apparently not yet received the Court's Order allowing him to amend his complaint when he filed the motion, and, in any event, he appears to have obtained the names he was seeking.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Amended Complaint and photo exhibits to the original Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

Dated: \_\_\_1/20\_\_\_, 2006
Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge